USA-74-24B
(Rev. 05/01)

## CRIMINAL DOCKET

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAY 10 2018

No. 4:15-CR-0564

USAO Number: 2014R11017
Magistrate Number:

SUPERSEDING INDICTMENT

Filed David J. Bradley, Clerk of Court   Judge: Sim Lake

**UNITED STATES of AMERICA**
**VS.**

**ATTORNEYS:**
RYAN K. PATRICK, USA          (713) 567-9000
ANIBAL ALANIZ, AUSA           (713) 567-9000

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| MARGIL REYNA, JR. (1, 2, 6, 7, 8) | Ali R. Fazel | ✔ | ☐ |
| LUIS ALBERTO TELLO (1, 2, 6, 7, 8) | Gerardo S. Montalvo | ✔ | ☐ |
| MIKE BUENO (1, 2, 6, 7, 8, 14, 15, 17) | Edward A. Mallett | ✔ | ☐ |
| ARTURO RAMIREZ, JR. (1-5, 9-13, 16, 17, 21, 22) | Mervyn Mosbacker | ✔ | ☐ |
| JOSE ROLANDO GONZALEZ (1-5, 17, 18, 19, 20, 23-26) | Alejandro Guerra | ☐ | ✔ |
| EDUARDO HERNANDEZ (1, 2, 3, 9, 10, 13, 17) | David Adler | ✔ | ☐ |
| HIPOLITO GONZALEZ (1, 2, 5, 11, 12, 17, 24) | Robert L. Steindel | ☐ | ✔ |
| ROLANDO CRUZ (1, 2, 28) | John Riley Friesell | ✔ | ☐ |
| JESUS SILVA (1, 2, 4) | David William Kiatta | ✔ | ☐ |
| OCTAVIO MUÑIZ (1, 2, 17, 18) | Neal Davis, III | ✔ | ☐ |
| ROBERTO CORTEZ (1, 2, 3, 14-17, 27) | Juan Sonny Palacios | ☐ | ✔ |
| ROBERTO REYES (2, 3, 16, 17) | Rudy Santiago Moreno | ☐ | ✔ |
| RAMON DE LA CERDA (1, 2, 19, 20) | Gregory Charles Gladden | ✔ | ☐ |
| SALOMON ROBLES (1, 18, 19, 20) | Joel H. Bennett | ✔ | ☐ |
| JUAN MARQUEZ (2) | | ☐ | ☐ |

Ct. 1: Conspiracy to Participate in Racketeering Activity [18 USC § 1962(d)]

Ct. 2: Conspiracy to possess with intent to distribute marijuana [21 USC §§ 846, 841(a)(1) and 841(b)(1)(A)]

Ct. 3: Conspiracy to possess with intent to distribute cocaine [21 USC §§ 846, 841(a)(1) and 841(b)(1)(A) and (B)]

Ct. 4: Conspiracy to possess with intent to distribute methamphetamine [21 USC §§ 846, 841(a)(1) and 841(b)(1)(A) and (B)]

Ct. 5: Conspiracy to possession with the intent to distribute heroin [21 USC §§ 846, 841(a)(1) and 841(b)(1)(A) and (C)]

Ct. 6: Interference with commerce by robbery [18 USC §§ 1951(a) and 2]

Ct. 7: Use and discharge of a firearm during a drug trafficking crime [18 USC §§ 924(c)(1)(A), 924(c)(1)(A)(iii) and 2]

| CHARGE: (TOTAL) (COUNTS:) ( 28 ) | |
|---|---|
| Ct. 8: | Use of a firearm during a drug trafficking crime resulting in death [18 USC §§ 924 (c), 924(j)(1) and 2] |
| Ct. 9: | Possession with intent to distribute cocaine [21 USC §§ 841(a)(1), 841(b)(1)(C) and Title 18 USC § 2] |
| Ct. 10: | Possession with intent to distribute cocaine [21 USC §§ 841(a)(1), 841(b)(1)(C) and Title 18 USC § 2] |
| Ct. 11: | Possession with intent to distribute heroin [21 USC §§ 841(a)(1), 841(b)(1)(C) and Title 18 USC § 2] |
| Ct. 12: | Possession with intent to distribute heroin [21 USC §§ 841(a)(1), 841(b)(1)(C) and Title 18 USC § 2] |
| Ct. 13: | Possession with intent to distribute cocaine 21 USC §§ 841(a)(1), 841(b)(1)(C) and Title 18USC§ 2] |
| Ct. 14: | Interference with commerce by robbery [18 USC §§ 1951(a) and 2] |

## PENALTY:

Ct. 1: up to 20 years in prison (or for life if the violation is based on a racketeering activity for which the maximum penalty includes life imprisonment); $250,000 fine; 3 years SRT; $100 SA
Cts. 2-5, 21-26: 10 years - life in prison; $10,000,000 Fine; 5 years SRT; $100 SA
Cts. 6, 14: up to 20 years in prison; $250,000 Fine; 3 years SRT; $100 SA
Ct. 7: 10 years and up to life in prison; $250,000 Fine; 5 years SRT; $100 SA and the sentence must run consecutive to the underlying drug trafficking crime
Ct. 8: Death or imprisonment for any term of years or for life; $250,000 Fine; 5 years SRT; $100 SA and sentence must run consecutive to the underlying drug trafficking crime

Forfeiture: NOTIFICATION OF FORFEITURE

[✓] In Jail    Defandants 1-14

**NAME & ADDRESS of Surety:**

[ ] On Bond

[✓] No Arrest    Juan Marquez

## PROCEEDINGS:

_____
_____
_____
_____
_____

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

| | | |
|---|---|---|
| HOUSTON DIVISION | United States Courts<br>Southern District of Texas<br>FILED | No. 4:15-CR-0564 |
| USAO Number: 2014R11017<br>Magistrate Number: | MAY 10 2018 | |
| SUPERSEDING INDICTMENT | Filed David J. Bradley, Clerk of Court | Judge: Sim Lake |

UNITED STATES of AMERICA
VS.

ATTORNEYS:

| | | | Appt'd | Private |
|---|---|---|---|---|
| | RYAN K. PATRICK, USA | (713) 567-9000 | | |
| | ANIBAL ALANIZ, AUSA | (713) 567-9000 | | |
| RIGOBERTO GARCIA (2) | George Michael DeGeurin | | ✓ | ☐ |
| JUAN ALBERTO MENDEZ (1, 18, 19, 20) | | | ☐ | ☐ |
| ADRIAN GARZA (1, 2, 19, 20) | | | ☐ | ☐ |

Ct. 15: Use and brandishing of a firearm during a drug trafficking crime [18 USC §§ 924(c)(1)(A), 924(c)(1)(A)(ii) and § 2]

Ct. 16: Possession with intent to distribute cocaine [21 USC §§ 841(a)(1), 841(b)(1)(C) and Title 18 USC § 2]

Ct. 17: Possession with intent to distribute marijuana [21 USC § 841(a)(1), 841(b)(1)(B) and Title 18 USC § 2]

Ct. 18: Attempted Murder in Aid of Racketeering [18 USC §§ 1959(a)(1) and 2]

Ct. 19: Murder in Aid of Racketeering [18 USC §§ 1959(a)(1) and 2]

Ct. 20: Kidnapping resulting in death [18 USC § 1201(a)(1) and 2]

Ct. 21: Possession with intent to distribute methamphetamine [21 USC §§ 841(a)(1), 841(b)(1)(A) and Title 18 USC § 2]

| CHARGE: (TOTAL) (COUNTS:) ( 28 ) | |
|---|---|
| Ct. 22: | Possession with intent to distribute methamphetamine [21 USC §§ 841(a)(1), 841(b)(1)(A) and Title 18 USC § 2] |
| Ct. 23: | Possession with intent to distribute cocaine [21 USC §§ 841(a)(1), 841(b)(1)(A) and Title 18 USC § 2] |
| Ct. 24: | Possession with intent to distribute heroin [21 USC §§ 841(a)(1), 841(b)(1)(A) and Title 18 USC § 2] |
| Ct. 25: | Possession with intent to distribute methamphetamine [21 USC §§ 841(a)(1), 841(b)(1)(A) and Title 18 USC § 2] |
| Ct. 26: | Possession with intent to distribute cocaine [21 USC §§ 841(a)(1), 841(b)(1)(A) and Title 18 USC § 2] |
| Ct. 27: | Possession with intent to distribute cocaine [21 USC §§ 841(a)(1), 841(b)(1)(C) and Title 18 USC§ 2] |
| Ct. 28: | Felon in possession of a firearm [18 USC §§ 922(g)(1) and 924 (a)(2) |

**PENALTY:**

Cts. 9-13, 16, 27: up to 20 years in prison; $1,000,000 Fine; 3 years SRT; $100 SA
Ct. 15: 7 years and up to life in prison; $250,000 Fine; 5 years SRT; $100 SA and the sentence must run consecutive to the underlying drug trafficking crime
Ct. 17: 5 years and up to 40 years in prison; $5,000,000 Fine; 4 years SRT; $100 SA
Cts. 18: up to 10 years in prison;$250,000 Fine; 3 years SRT, $100 SA
Cts. 19 & 20: Death or imprisonment for life; 5 years SRT; $250,000 Fine; $100 SA
Ct. 28: up to 10 years in prison; $250,000 Fine; 3 years SRT; $100 SA

Forfeiture: NOTIFICATION OF FORFEITURE

☑ In Jail     Rigoberto Garcia

**NAME & ADDRESS of Surety:**

☐ On Bond

☑ No Arrest   Juan Alberto Mendez
              Adrian Garza

## **PROCEEDINGS:**