| U.S. DISTRICT JUDGE | **SIM LAKE** | | CLERK, U.S. DISTRICT COURT |
|---|---|---|---|
| CASE MANAGER | J DAVENPORT  RPTR / ~~ERO~~ MILLER | | SOUTHERN DISTRICT OF TEXAS |
| LAW CLERK | T. COOKE  INTERPRETER | | FILED |
| | | | December 21, 2021 |
| TIME | 11:30 begin | 11:45 end A.M.   begin | end P.M. | NATHAN OSCHNER, CLERK |

CR. NO. __4:15CR0564-32__   DEFT. NO. __32__

| UNITED STATES OF AMERICA | § | Casey MacDonald, Anibal Alaniz   AUSA |
|---|---|---|
| vs. | § § § | |
| ADRIAN GARZA | § | Ricardo Salinas, RETAINED        ☐ AFPD |
| DEFENDANT NAME | | |

## **REARRAIGNMENT**

☐   Defendant waived his right to appear in person and consented to appear by video
☒ X   Oath administered to Defendant.
☒ X   Rearraignment held on count __One, of the Third Superseding indictment__
☒ X   Defendant enters a plea of ☒ X gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
☐   Indictment waived.
☒ X   PLEA AGREEMENT: __- Plea Agreement executed__

☒ X   Order for PSI setting Disclosure and Sentencing dates signed.
☐   PSI waived.
☒ X   Sentencing set __3/24/2022__ at __2:00 pm__, before Judge Sim Lake.
☐   Jury trial set _____ at _____, before Judge Sim Lake.
☐   Defendant bond ☐ set  ☐ reduced to $_____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐   Defendant failed to appear, bench warrant to issue.
☐   Defendant bond ☐ continued  ☐ forfeited.
☒ X   Defendant remanded to custody.
☐   Consent to Administration of Guilty Plea before United States Magistrate Judge.
☒   Terminate other settings for this defendant.   ☒ Terminate motions for this defendant.

Court accepts plea.  Plea Agreement is sealed, transcript of hearing is sealed.